# Third District Court of Appeal

## State of Florida

Opinion filed April 28, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-31
Lower Tribunal Nos. 13-2102CC & 19-61AP

_____

**Geico Indemnity Company,**
Appellant,

vs.

**Y.D. Medical & Rehabilitation Center, Inc.,
a/a/o Rene D. Torres Escalona,**
Appellee.


An Appeal from the County Court for Miami-Dade County, Lawrence D. King, Judge.

Dutton Law Group, P.A., and Louis Schulman, Rebecca L. Delaney and Scott W. Dutton (Tampa), for appellant.

David B. Pakula, P.A., and David B. Pakula (Pembroke Pines); Corredor, Husseini & Snedaker, P.A., and Tim Snedaker, for appellee.


Before SCALES, MILLER and LOBREE, JJ.

PER CURIAM.

Affirmed.